GREGG S. GARFINKEL (156632)
ggarfinkel@nemecek-cole.com
STEVE R. SEGURA (156834)
ssegura@ nemecek-cole.com
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5344
Tel: (818)788-9500 / Fax: (818) 501-0328

JS - 6

Attorneys for Defendant ACTION EXPRESS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> ACTION EXPRESS, LLC; and DOES 1-50, inclusive, <br><br> Defendants. | Case No: CV 13-02046 DDP-JCG <br><br> **JUDGMENT** |

The Motion for Summary Judgement, or in the Alternative, for Partial Summary Judgement, by Defendant ACTION EXPRESS, LLC ("Defendant") having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that Plaintiff SOMPO JAPAN INSURANCE COMPANY OF AMERICA take nothing, that the action be dismissed on the merits and that Defendant recover its costs.

DATED: May 14, 2014

_____
United States District Judge

–1–
**JUDGMENT**